JULIA A. OLSON (CA BAR # 192642)
Wild Earth Advocates
1646 East 19th Street, Suite A
Eugene, Oregon 97403
tel: 541-344-7066; fax: 541-344-7061

PETER M.K. FROST, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon  97401
tel: 541-485-2471; fax: 541-485-2457

Attorneys for Plaintiffs

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
Environment & Natural Resources Unit

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone No: (415) 436-6967
 Facsimile No:  (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION, et al, <br><br>     Plaintiffs, <br><br>     v. <br><br> BERNIE WEINGARDT, et al., <br><br>     Defendants. | CIVIL NO. 00-01239 EDL <br><br><br> **STIPULATION AND [PROPOSED] ORDER** |

Plaintiffs, Defendants and Defendants-Intervenors National Forest Recreation Association, et al., hereby stipulate that the Case Management Statement due February 17, 2006, shall be filed February 21, 2006.  The Case Management Conference, presently scheduled for March 7, 2006, shall remain as scheduled.

|   |   |
|---|---|
| | Respectfully submitted, |

Date: 2/17/06

s/Peter M.K. Frost
PETER M.K. FROST

Of Attorneys for Plaintiffs

KEVIN V. RYAN
United States Attorney

Date: 2/17/06

s/James A. Coda
JAMES A. CODA
Assistant United States Attorney

Attorneys for Defendants

Date: 2/17/06

s/Donald Dinan
Attorney for National Forest Recreation Assn., et al.

Counsel for the Federal Defendants attests that the counsel listed above have been contacted and they concur in the wording of this stipulation. Counsel for Federal Defendants has attempted to reach John Dicks, counsel for West Side Packers, by phone on February 17, 2006, to discuss this stipulation. No one answered the phone calls. The West Side Packers would not seem to be prejudiced by the postponement of the filing by one business day.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: February 21, 2006

IT IS SO ORDERED
Judge Elizabeth D. Laporte
United States Magistrate Judge