United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HIGH SIERRA HIKERS ASSN. et al.,

    Plaintiffs,

v.

BERNIE WEINGARDT, et al.,

    Defendants.

No. C-00-1239 EDL

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

At a case management conference on March 7, 2006, the Court ordered that:

1. No good cause has been shown at this time to alter the December 31, 2006 deadline for the Forest Service to complete the site-specific Environmental Impact Statements.

2. The Court declines to make any ruling regarding modification or dissolution of the injunction in this case at this time.

3. At the conclusion of the administrative appeal process for the 2005 FEIS and ROD, Plaintiffs may, if warranted, file an amended complaint to challenge those documents. If an amended complaint is filed, Defendants shall file the administrative record in the normal course.

4. Plaintiffs' request that the Court order the Forest Service to complete the administrative appeal process on or before April 10, 2006 is denied.

5. Following the Ninth Circuit's decision on Plaintiffs' fee request, the parties shall meet and confer regarding an interim fee award in this case under EAJA. If the matter is not resolved through the meet and confer process, Plaintiffs may file a motion for fees if warranted. The

1     Court makes no ruling at this time on the issue of whether a judgment under Rule 54(b) is a

2     prerequisite.

3  6.     Plaintiffs' request to conduct discovery at this time is denied without prejudice.

4  7.     A further case management conference is scheduled for August 1, 2006 at 10:00 a.m.

5 **IT IS SO ORDERED.**

6 Dated: March 8, 2006

                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge

**United States District Court**
For the Northern District of California