IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASS'N. et al., <br><br> Plaintiffs, <br><br> v. <br><br> BERNIE WEINGARDT, et al., <br><br> Defendants. | No. C-00-1239 EDL <br><br> **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

At a case management conference on August 1, 2006, the Court ordered that:

1. Plaintiffs shall file and serve their amended complaint no later than August 31, 2006.

2. Defendants shall file and serve the administrative record for the 2005 FEIS/ROD no later than October 31, 2006.

3. After the administrative record is filed, the parties shall meet and confer regarding discovery. Thereafter, Plaintiffs may file a motion for discovery, if warranted.

4. No later than September 15, 2006, Plaintiffs shall file a motion regarding extension of the current injunction. The motion shall be heard on a regular schedule on October 24, 2006 at 2:00 p.m.

5. The parties shall meet and confer regarding whether and when a settlement conference with Judge Spero would be productive in this case. The parties shall notify the Court about the results of that meet and confer by joint letter no later than November 30, 2006.

6. Plaintiffs shall file their motion for summary judgment no later than February 20, 2007. Defendants shall file their cross-motion and opposition to Plaintiffs' motion no later than

1  March 20, 2007.  Plaintiffs shall file their reply no later than April 17, 2007.  Defendants
2  shall file their reply no later than May 15, 2007.  These briefs shall be limited to fifty pages
3  each.  Intervenors, as amici as to liability and as parties as to remedy, may file opposition
4  briefs, limited to twenty-five pages, no later than March 20, 2007, and reply briefs, limited to
5  fifteen pages, no later than May 15, 2007.  The Court will hold a hearing on June 19, 2007 at
6  9:00 a.m.

**IT IS SO ORDERED.**

Dated: August 2, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge