**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSN, | No. C-00-01239 EDL |
| Plaintiff, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION** |
| v. | |
| BRADLEY POWELL, | |
| Defendant. | |

On September 15, 2006, Plaintiffs filed a motion for extension of time to file their motion related to the injunction in this case, seeking an additional fourteen days to file the motion and a two- week extension of the hearing date.  No party opposes this motion, but Federal Defendants seek an additional two-week extension of the hearing date because counsel has another brief due during that time.

The Court grants Plaintiffs' request for extension of time to file the motion.  The motion shall be filed no later than September 29, 2006.  The Court regrets that, due to its schedule, it cannot accommodate Defendants' request for an additional two weeks for the hearing.  Accordingly, the hearing on Plaintiffs' motion shall take place on November 14, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 19, 2006

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge