IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HIGH SIERRA HIKERS, ET AL,

    Plaintiff,

    v.

POWELL, ET AL,

    Defendants.

No. 00-01239 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

    On November 10, 2006, Defendants-Intervenors National Forest Recreation Association's, et al., counsel filed a request to appear telephonically at the motion hearing set for November 14, 2006 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution. The Court disfavors telephonic appearances because the technology prevents the Court from addressing a question to the parties or making a comment or ruling whenever any participant speaks at length. Accordingly, the parties shall only speak in response to a direct question from the Court and shall pause at regular intervals to allow the Court to comment on the information presented. If the Court wishes to hear a response by the opposing party, the Court will inform the party from whom information is requested. No party shall attempt to present information without a request from the Court. If the parties cannot follow the rules set forth in this order, or at the first sign of improper decorum, the telephonic appearance will be terminated and a new hearing date will be set for personal appearances. Counsel shall stand by beginning at the date and time above until called by the Court.

Dated: November 13, 2006

                                                  ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge