MATTHEW J. McKEOWN
  Acting Assistant Attorney General
  Environment and Natural Resources Division
  United States Department of Justice
DAVID B. GLAZER (D.C. 400966; MD)
  Natural Resources Section
  Environment and Natural Resources Division
  United States Department of Justice
  301 Howard Street, Suite 1050
  San Francisco, California  94105
  Telephone:  (415) 744-6491
  Facsimile:  (415) 744-6476
  E-mail:  david.glazer@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION, *et al.*, | No. C–00-1239-EDL |
| Plaintiffs, | [PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION FOR WITHDRAWAL |
| v. | |
| BERNIE WEINGARDT, *et al.*, | |
| Defendants. | |
| | Date:  N/A |
| NATIONAL FOREST RECREATION ASSOCIATION, *et al.*, | Time:  N/A |
| | Courtroom No. E, 15th Floor |
| Intervenor-Defendants. | Hon. Elizabeth D. Laporte |

Upon consideration of the Federal Defendants' Notice of Substitution of Counsel and Motion for Withdrawal as Counsel, it is hereby ORDERED that:

1. David B. Glazer is substituted as lead counsel in this matter, and
2. James A. Coda is withdrawn as counsel in this case.

IT IS SO ORDERED.

Dated: __February 1, 2007__        _____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

PROPOSED ORDER SUBMITTED BY:

                                        MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources
   Division
United States Department of Justice
Washington, D.C.  20530

Dated: January 31, 2007        /s/David B. Glazer
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources
   Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone:    (415) 744-6491
Facsimile:    (415) 744-6476
E-mail: david.glazer@usdoj.gov

*High Sierra Hikers, et al. v. Bradley Powell, et al.*, C–00-1239-EDL
[Proposed] Order Granting Federal Defendants' Motion for Withdrawal                                    1