1  Julia A. Olson (CA Bar # 192642)
   Wild Earth Advocates
2  2985 Adams Street
   Eugene, Oregon 97405
3  tel: 541-344-7066; fax: 541-344-7061
   jaoearth@aol.com
4
   Peter M.K. Frost, *pro hac vice*
5  Western Environmental Law Center
   1216 Lincoln Street
6  Eugene, Oregon  97401
   tel:  541-485-2471; fax: 541-485-2457
7  frost@westernlaw.org

8  Attorneys for Plaintiffs

9

10                IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 HIGH SIERRA HIKERS ASSOCIATION, et          No. C-00-1239 EDL
   al.
14
           Plaintiffs,
15
           v.                                   **PARTIES' STIPULATION AND
16                                              [~~PROPOSED~~] ORDER RE: EXTENSION
   BERNIE WEINGARDT, et al,                     OF BRIEFING SCHEDULE**
17                                                AS MODIFIED
           Defendants,
18
   NATIONAL FOREST RECREATION
19 ASSOCIATION, et al.

20         Defendants-Intervenors.
   _____/
21

22

23

24

25

26

27

1    Plaintiffs and Defendants have conferred related to the administrative record in this case,

2    and have agreed that Defendants shall supplement it with certain documents.  At this time,

3    Defendants are gathering the documents and preparing them to file with the Court.  Accordingly,

4    Plaintiffs and Defendants hereby stipulate to and request that the Court enter an order extending

5    the briefing schedule in this case, as follows:

6    Defendants shall file a supplemental administrative record no later than April 30, 2007;

7    Plaintiffs shall file their opening motion for summary judgment no later than May 3, 2007;

8    Defendants shall file their cross-motion and opposition to Plaintiffs' motion no later than May

9    31, 2007; Plaintiffs shall file their reply no later than June 28, 2007; Defendants shall file their

10   reply no later than July 26, 2007.  The page limits established by the Court in its Order of August

11   2, 2006, shall remain in effect.  The Court will hold a hearing on August 28, 2007, at 2:00 p.m.

                                                                                   9:00 a.m.

12

13       Dated: April 26, 2007.                    Respectfully submitted,

14

15                                                 /s/ Peter M.K. Frost
                                                   Peter M.K. Frost
16                                                 Of Attorneys for Plaintiffs

17

18                                                 /s/ David M. Glazer
                                                   David M. Glazer
19                                                 Of Attorneys for Defendants

20

21   PURSUANT TO THE STIPULATION OF THESE PARTIES, IT IS SO ORDERED.

22

23

24       Dated: April 27, 2007.                    ELIZA_____
                                                   United_____
25

26

27   PARTIES' STIPULATION RE: BRIEFING SCHEDULE, AND [PROPOSED] ORDER, C-00-1239-EDL  Page 1

IT IS SO ORDERED
AS MODIFIED

Elizabeth D. Laporte
Judge Elizabeth D. Laporte