1  MATTHEW J. McKEOWN
   Acting Assistant Attorney General
2    Environment and Natural Resources Division
   United States Department of Justice
3  DAVID B. GLAZER (D.C. 400966; MD)
   Natural Resources Section
4    Environment and Natural Resources Division
   United States Department of Justice
5    301 Howard Street, Suite 1050
   San Francisco, California  94105
6    Telephone:  (415) 744-6491
   Facsimile:  (415) 744-6476
7    E-mail:  david.glazer@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION, *et al.*, | No. C–00-1239-EDL |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER RESCHEDULING SETTLEMENT CONFERENCE |
| v. | |
| BERNIE WEINGARDT, *et al.*, | |
| Defendants. | |
| | Date:  June 6, 2007 |
| NATIONAL FOREST RECREATION ASSOCIATION, *et al.*, | Time:  9:30 a.m. |
| Intervenor-Defendants. | Courtroom No. A, 15th Floor |
| | Hon. Joseph C. Spero |

*High Sierra Hikers, et al. v. Weingardt, et al.*, C–00-1239-EDL
Stipulation and [Proposed] Order Rescheduling Settlement Conference

Plaintiffs High Sierra Hikers Association, *et al*., and Defendant United States of America, on behalf of the Federal Defendants,[1]/ submit the following Stipulation and Proposed Order rescheduling the settlement conference in this matter.

By Order of May 1, 2007 [Dkt. #302], the settlement conference previously set in this matter for May 15, 2007, was reset for June 6, 2007. Due to a scheduling conflict, the Federal Defendants request that the June 6, 2007 conference be continued, and plaintiffs have indicated that they do not oppose that continuance. The Parties therefore stipulate, subject to Court approval, that the June 6, 2007 settlement conference be continued to June 11, 2007, at 9:30 a.m.

SO STIPULATED:

FOR THE PLAINTIFFS:   /s/Peter M.K. Frost
PETER M.K. FROST, *Pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon  97401
Telephone:   (541) 485-2471
Facsimile:    (541) 485-2457
e-mail:  frost@westernlaw.org

Dated: May 10, 2007

FOR THE FEDERAL DEFENDANTS:   MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources
    Division
United States Department of Justice
Washington, D.C.  20530

/s/David B. Glazer
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources
    Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone:   (415) 744-6491
Facsimile:    (415) 744-6476
e-mail:  david.glazer@usdoj.gov

---

[1]/   The Federal Defendants are the U.S. Forest Service; Dale Bosworth, Chief of the Forest Service; Jeffrey Bailey, Supervisor of the Inyo National Forest; Edward Cole, Supervisor of the Sierra National Forest; and Bernie Weingardt, Regional Forester for Region 5.

*High Sierra Hikers, et al. v. Weingardt, et al.*, C–00-1239-EDL
Stipulation and [Proposed] Order Rescheduling Settlement Conference                                                                 1

1  Dated: May 10, 2007

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3      The Settlement Conference, previously scheduled in this matter for June 6, 2007, at 9:30

4  a.m., is continued to June 11, 2007, at 9:30 a.m.

5      All other provisions of this Court's February 14, 2007 "Notice of Settlement Conference

6  and Settlement Conference Order" remain in effect.

14  Dated: _May 10, 2007_____      _____

15      HON. JOSEPH C. SPERO
    UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, Judge Joseph C. Spero]*

*High Sierra Hikers, et al. v. Weingardt, et al.*, C–00-1239-EDL
Stipulation and [Proposed] Order Rescheduling Settlement Conference      2

ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

I hereby attest, pursuant to General Order No. 45, Paragraph X.B, that I have obtained the concurrence of Mr. Peter Frost, on behalf of the Plaintiffs, in this Stipulation and authorization to file this document on his behalf.

/s/David B. Glazer
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources
   Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone:   (415) 744-6491
Facsimile:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Dated: May 10, 2007