Julia A. Olson (CA Bar # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon 97405
tel: 541-344-7066; fax: 541-344-7061
jaoearth@aol.com

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
tel: 541-485-2471; fax: 541-485-2457
frost@westernlaw.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION, et al. <br><br> Plaintiffs, <br><br> v. <br><br> BERNIE WEINGARDT, et al, <br><br> Defendants, <br><br> NATIONAL FOREST RECREATION ASSOCIATION, et al. <br><br> Defendants-Intervenors. | No. C-00-1239 EDL <br><br><br> **PARTIES' STIPULATION AND [PROPOSED] ORDER RE: ONE DAY EXTENSION OF BRIEFING SCHEDULE** |

Plaintiffs and Defendants have conferred related to the briefing schedule in this case and respectfully request that, based on Plaintiffs' needs, the Court extend by one day the deadline for Plaintiffs to file their opposition/reply brief, and for Defendants to file their reply brief. The parties do not request that the Court change the scheduled hearing date of August 28, 2007.

Plaintiffs shall file their opposition/reply brief no later than June 29, 2007; Defendants shall file their reply no later than July 27, 2007.

Dated: June 28, 2007.  Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost
Of Attorneys for Plaintiffs

/s/ David M. Glazer
David M. Glazer
Of Attorneys for Defendants

PURSUANT TO THE STIPULATION OF THESE PARTIES, IT IS SO ORDERED.

Dated: June 28, 2007.

ELIZABETH D. LAPORTE
United States Magistrate Judge