IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HIGH SIERRA HIKERS ASSN, et al.,      No. C-00-01239 EDL

    Plaintiffs,      **ORDER FOLLOWING STATUS CONFERENCE**

  v.

BERNIE WEINGARDT, et al.,

    Defendants.

    On November 20, 2007, the Court held a status conference in this case for the purpose of setting a briefing schedule for the relief phase of this case. The Court ordered the following schedule:

1. Plaintiffs' opening brief shall be filed no later than January 11, 2008.
2. Defendants' opposition shall be filed no later than February 1, 2008.
3. Plaintiffs' reply shall be filed no later than February 15, 2008.
4. Defendants' sur-reply shall be filed no later than February 29, 2008.
5. Intervenors may file briefs on Defendants' schedule.
6. The opening brief and opposition brief shall be limited to thirty pages. The reply and sur-reply briefs shall be limited to twenty pages. If the parties have good cause to exceed these page limits, the parties may stipulate to, or apply to the Court for, additional pages.
7. The Court will hold a hearing on March 21, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: November 20, 2007

                                               ELIZABETH D. LAPORTE
                                               United States Magistrate Judge