Julia A. Olson (Ca. Bar. # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon  97405
tel: 541-344-7066; fax: 541-344-7061
jaoearth@aol.com

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon  97401
tel:  541-485-2471; fax: 541-485-2457
frost@westernlaw.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASS'N, et al., | No. C-00-1239 EDL |
| Plaintiffs, | **PARTIES' STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME** |
| v. | |
| BERNIE WEINGARDT, et al., | |
| Defendants, | |
| NATIONAL FOREST RECREATION ASS'N, et al., | |
| Defendants-Intervenors. | |

Plaintiffs High Sierra Hikers Assn. et al., Defendants Bernie Weingardt et al., and Defendants-Intervenors National Forest Recreation Assn., et al. hereby respectfully file this motion for an extension of time, asking this Court to extend by one week (7 days) the dates for the filing of briefs related to the relief phase of this case, and for the hearing.

The parties make this request because they are in good faith pursuing the possibility of settling aspects of the relief phase of this case. Accordingly, they request the following schedule:

1. Defendants' and Defendants-Intervenors' opposition briefs shall be filed no later than February 8, 2008.

2. Plaintiffs' reply brief shall be filed no later than February 22, 2008.

3. Defendants' and Defendants-Intervenors' sur-reply briefs shall be filed no later than March 7, 2008.

4. The Court will hold a hearing on March 28, 2008, at 9:00 a.m.

Dated: January 25, 2008.                Respectfully submitted,

                                        /s/ Peter M.K. Frost
                                        Peter M.K. Frost
                                        Of Attorneys for Plaintiffs

                                        /s/ David M. Glazer
                                        David M. Glazer
                                        Of Attorneys for Defendants

                                        /s/ Donald Dinan
                                        Donald R. Dinan
                                        Of Attorneys for Defendants-Intervenors

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

Dated: January 28, 2008.                _____
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge

Parties' Stipulation and [~~Proposed~~] Order, No. C-00-1239-EDL