Julia A. Olson (Ca. Bar. # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon 97405
tel: 541-344-7066; fax: 541-344-7061
jaoearth@aol.com

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
tel: 541-485-2471; fax: 541-485-2457
frost@westernlaw.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASS'N, et al., | No. C-00-1239 EDL |
| Plaintiffs, | **PARTIES' STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF PAGE LIMITS** |
| v. | |
| RANDY MOORE, et al., | |
| Defendants, | |
| NATIONAL FOREST RECREATION ASS'N, et al., | |
| Defendants-Intervenors. | |

Parties' Stipulation and [Proposed] Order, No. C-00-1239-EDL

Plaintiffs High Sierra Hikers Assn. et al., Defendants Bernie Weingardt et al., and Defendants-Intervenors National Forest Recreation Assn., et al. hereby respectfully stipulate to and request that the Court enter an order extending by three pages the page limit for Plaintiffs' response to Defendants' and Defendants-Intervenors' opposition to Plaintiffs' motion for injunctive relief.

Dated: February 22, 2008.    Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost
Of Attorneys for Plaintiffs

/s/ David M. Glazer
David M. Glazer
Of Attorneys for Defendants

/s/ Donald Dinan
Donald R. Dinan
Of Attorneys for Defendants-Intervenors

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

Dated: February 27, 2008.

ELIZABETH D. LAPORTE
United States Magistrate Judge



Parties' Stipulation and [Proposed] Order, No. C-00-1239-EDL