IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HIGH SIERRA HIKERS ASSN, et al.,

    Plaintiffs,

  v.

BERNIE WEINGARDT, et al.,

    Defendants.

No. C-00-01239 EDL

**ORDER FOLLOWING HEARING ON PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION**

On March 28, 2008, the Court held a hearing on Plaintiffs' Motion for Permanent Injunction. Based on the Court's guidance as stated at the hearing, the parties shall meet and confer and file a joint proposed order on injunctive relief reflecting the areas of agreement as stated in the briefs and at the hearing as well as any remaining areas of disagreement. The proposed order shall be filed no later than April 11, 2008. Also no later than April 11, 2008, the parties shall file with the Court any agreement regarding restriction of day rides from base camps at certain sites.

**IT IS SO ORDERED.**

Dated: March 31, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge