Julia A. Olson (CA Bar # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon 97405
tel: 541-344-7066; fax: 541-344-7061
jaoearth@aol.com

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon  97401
tel:  541-485-2471; fax: 541-485-2457
frost@westernlaw.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION, et al. | No. C-00-1239 EDL |
| Plaintiffs, | |
| v. | **PARTIES' STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS FEES, COSTS AND OTHER EXPENSES** |
| RANDY MOORE, et al, | AS MODIFIED |
| Defendants, | |
| NATIONAL FOREST RECREATION ASSOCIATION, et al. | |
| Defendants-Intervenors. | |

1    Plaintiffs High Sierra Hikers Association et al. and Defendants Randy Moore et al.

2    stipulate to and respectively request that the Court enter an order extending the briefing schedule,

3    and re-setting the hearing, on Plaintiffs' motion for attorneys' fees, costs, and other expenses.

4    The parties make this request because they continue to pursue settlement of this issue.  The

5    parties respectfully request this schedule for briefing and a hearing:

6    Plaintiffs' amended motion due October 3, 2008; Defendants' opposition due October 24,

7    2008; Plaintiffs' reply due November 7, 2008; the Court will hold a hearing on November 25.

8    2008, at ~~2:00 p.m.~~  9:00 a.m.

9

10    Dated: September 22, 2008.          Respectfully submitted,

11

12                                        /s/ Peter M.K. Frost
                                          Peter M.K. Frost
13                                        Of Attorneys for Plaintiffs

14

15                                        /s/ David M. Glazer
                                          David M. Glazer
16                                        Of Attorneys for Defendants

17

18    PURSUANT TO THE STIPULATION OF THESE PARTIES, IT IS SO ORDERED.

19

20

21    Dated: September 23, 2008.          _____
                                          ELIZABETH
22                                        United States Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

23

24

25

26

27    PARTIES' STIPULATION RE: BRIEFING SCHEDULE, AND [PROPOSED] ORDER, C-00-1239-EDL  Page 1