RONALD J. TENPAS
  Assistant Attorney General
  Environment and Natural Resources Division
  United States Department of Justice
DAVID B. GLAZER (D.C. 400966; MD)
  Natural Resources Section
  Environment and Natural Resources Division
  United States Department of Justice
  301 Howard Street, Suite 1050
  San Francisco, California  94105
  Telephone:  (415) 744-6491
  Facsimile:  (415) 744-6476
  E-mail:  david.glazer@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>RANDY MOORE, *et al.*,<br><br>　　　　　Defendants.<br><br>NATIONAL FOREST RECREATION ASSOCIATION, *et al.*,<br><br>　　　　　Intervenor-Defendants. | No. C–00-1239-EDL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON PLAINTIFFS' AMENDED MOTION FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES [DKT. #371]<br><br>Date:　November 25, 2008<br><br>Time:　9:00 a.m.<br><br>Courtroom No. E, 15th Floor<br><br>Hon. Elizabeth D. Laporte |

1  Plaintiffs High Sierra Hikers Association, *et al*. and the Federal Defendants (the

2 "Parties") submit the following Stipulation and Proposed Order continuing, with Court approval,

3 the hearing on Plaintiffs' Amended Motion for Attorneys' Fees, Costs, and Other Expenses [Dkt.

4 #371] to December 9, 2008, or such other date as may be convenient for the Court.  The Federal

5 Defendants also respectfully direct the Court's attention to the accompanying Declaration of

6 David B. Glazer ("Glazer Decl.").

7  The Parties stipulate as follows:

8  1.  The hearing on Plaintiffs' Amended Motion for Attorneys' Fees, Costs, and Other

9 Expenses, is currently set for November 25, 2008, at 9:00 a.m.  (Stipulation and Order re:

10 Extension of Briefing Schedule [Dkt. #370].)

11  2.  Counsel for the Federal Defendants has informed counsel for Plaintiffs that, due

12 to a serious illness in his family, counsel will need to travel to the East Coast on November 25,

13 2008, and would be unable to attend the hearing.  (Glazer Decl. ¶¶ 2–4.)

14  3.  Counsel for Plaintiffs has agreed to a continuance of the motion hearing to

15 December 9, 2008.  (Glazer Decl. ¶ 4.)

16  4.  The currently established briefing schedule [Dkt. #370] should remain in effect.

17

18  Since plaintiffs noticed their amended fees motion, there have been no other continuances

19 sought be either party on this matter.  (Glazer Decl. ¶ 5.)

20

21 SO STIPULATED:

22

23 FOR THE PLAINTIFFS:  /s/Peter M.K. Frost
                        PETER M.K. FROST
24                      Western Environmental Law Center
                        1216 Lincoln Street
25                      Eugene, Oregon  97401
                        Telephone:   (541) 485-2471
26                      Facsimile:    (541) 485-2457
                        e-mail:  frost@westernlaw.org
27

28

*High Sierra Hikers, et al. v. Moore, et al.*, C–00-1239-EDL
Stipulation and [Proposed] Order Continuing Hearing on Pls. Amended Motion for Attorneys' Fees and Costs    1

|   |   |
|---|---|
|   | /s/Julia A. Olson<br>JULIA A. OLSON<br>Wild Earth Advocates<br>2985 Adams Street<br>Eugene, Oregon  97405<br>Telephone:    (541) 344-7066<br>Facsimile:     (541) 344-7061<br>e-mail:  jaoearth@aol.com |

Dated: October 16, 2008

| FOR THE FEDERAL DEFENDANTS: | RONALD J. TENPAS<br>Assistant Attorney General<br>Environment and Natural Resources Division<br>United States Department of Justice<br>Washington, D.C.  20530 |
|---|---|
|   | /s/David B. Glazer<br>DAVID B. GLAZER<br>Natural Resources Section<br>Environment and Natural Resources Division<br>United States Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, California  94105<br>Telephone:    (415) 744-6491<br>Facsimile:     (415) 744-6476<br>e-mail:  david.glazer@usdoj.gov |

Dated: October 16, 2008

### [~~PROPOSED~~] ORDER

In consideration of the Stipulation set out above, the Court hereby ORDERS that the hearing on Plaintiffs' Amended Motion for Attorneys' Fees, Costs, and Other Expenses [Dkt. #371], currently set for November 25, 2008, at 9:00 a.m., is hereby rescheduled for December 9, 2008, at 9:00 a.m., ~~or for~~ _____. The previously established briefing schedule [Dkt. #370] remains in effect.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  October 17, 2008

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED* / *Judge Elizabeth D. Laporte*

ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrences in this filing for the signatures indicated by a "conformed" signature ("/s/") within this e-filed document.

Dated:  October 16, 2008

/s/DAVID B. GLAZER
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone:    (415) 744-6491
Facsimile:     (415) 744-6476
E-mail:  david.glazer@usdoj.gov