IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS, et al., | No. C-00-01239 EDL (JCS) |
| Plaintiffs, | **ORDER REFERRING CASE FOR FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| RANDY MOORE, et al., | |
| Defendant. | |

The parties shall participate in a further settlement conference with Magistrate Judge Spero regarding the issue of attorneys' fees and costs. The parties will be advised of the date, time and place by notice from Judge Spero's Chambers.

**IT IS SO ORDERED.**

Dated: October 27, 2008

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge