1    Julia A. Olson (CA Bar # 192642)
     Wild Earth Advocates
2    2985 Adams Street
     Eugene, Oregon 97405
3    tel: 541-344-7066; fax: 541-344-7061
     jaoearth@aol.com
4
     Peter M.K. Frost, *pro hac vice*
5    Western Environmental Law Center
     1216 Lincoln Street
6    Eugene, Oregon  97401
     tel:  541-485-2471; fax: 541-485-2457
7    frost@westernlaw.org

8    Attorneys for Plaintiffs

9

10                    IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13   HIGH SIERRA HIKERS ASSOCIATION, et       No. C-00-1239 EDL
     al.
14
             Plaintiffs,
15                                            **PARTIES' STIPULATION AND
             v.                               [PROPOSED] ORDER RE:
16                                            CONTINUING DATE FOR HEARING
     RANDY MOORE, et al,                      PLAINTIFFS' MOTION FOR
17                                            ATTORNEYS FEES, COSTS AND
             Defendants,                      OTHER EXPENSES**
18
     NATIONAL FOREST RECREATION
19   ASSOCIATION, et al.

20           Defendants-Intervenors.
     _____/
21

22

23

24

25

26

27

1    Plaintiffs High Sierra Hikers Association et al. and Defendants Randy Moore et al.

2  stipulate to and respectively request that the Court enter an order continuing the date for the

3  hearing on Plaintiffs' motion for attorneys' fees, costs, and other expenses, and to reset it for a

4  date at the Court's convenience in January 2009.  The parties make this request because they

5  have reached an agreement in principle on a fee settlement, which has been reduced to a

6  Stipulation and Order that is awaiting final approval by the Department of Justice.

7

8    Dated: December 1, 2008.          Respectfully submitted,

9

10                    /s/ Peter M.K. Frost
                    Peter M.K. Frost
11                    Of Attorneys for Plaintiffs

12

13                    /s/ David M. Glazer
                    David M. Glazer
14                    Of Attorneys for Defendants

15

16  PURSUANT TO THE STIPULATION OF THESE PARTIES, IT IS SO ORDERED.

17    It is further ORDERED that the hearing on Plaintiffs' motion for attorneys' fees, costs,

18  and other expenses is reset for January  20  , 2009, at  2:00 p.m. If the parties file their settlement

19  agreement with the Court prior to that date, the hearing will be taken off calendar.

20

21

22    Dated: December  1 , 2008.    _____

23                    ELIZABETH D. LAPORTE
                    United States Magistrate Judge

24

25

26

27  PARTIES' STIP. RE: HEARING CONTINUANCE, AND [PROPOSED] ORDER, C-00-1239-EDL       Page 1