1  Julia A. Olson (CA Bar # 192642)
   Wild Earth Advocates
2  2985 Adams Street
   Eugene, Oregon 97405
3  tel: 541-344-7066; fax: 541-344-7061
   jaoearth@aol.com
4
   Peter M.K. Frost, *pro hac vice*
5  Western Environmental Law Center
   1216 Lincoln Street
6  Eugene, Oregon  97401
   tel:  541-485-2471; fax: 541-485-2457
7  frost@westernlaw.org

8  Attorneys for Plaintiffs

9

10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13  HIGH SIERRA HIKERS ASSOCIATION, et    No. C-00-1239 EDL
    al.
14
            Plaintiffs,
15                                        **PARTIES' STIPULATION AND
                                          [PROPOSED] ORDER RE: PLAINTIFFS'
16      v.                                AMENDED MOTION FOR
                                          ATTORNEYS' FEES, COSTS, AND
17  RANDY MOORE, et al,                   EXPENSES PURSUANT TO EAJA**

18          Defendants,

19  NATIONAL FOREST RECREATION
    ASSOCIATION, et al.
20
            Defendants-Intervenors.
21                                              /

22

23

24

25

26

27  PARTIES' STIPULATION AND [PROPOSED] ORDER RE: ATTORNEYS' FEES, C-00-1239-EDL

# RECITALS

1. In April, 2000, Plaintiffs brought suit against the Federal Defendants for declaratory and injunctive relief under the Administrative Procedure Act, 5 U.S.C. § 701–706, arising out of the Federal Defendants' alleged violations of the National Environmental Policy Act, 42 U.S.C. §§ 4321–4370f, the National Forest Management Act, 16 U.S.C. §§ 1600–1687, and the Wilderness Act, 16 U.S.C. §§ 1131–1136. Plaintiffs challenged the Forest Service's issuance of pack stock permits for commercial operators in the John Muir and Ansel Adams Wilderness Areas on the Sierra and Inyo National Forests.

2. The Federal Defendants are the U.S. Forest Service; Gail Kimbell, Chief of the Forest Service; Jim Upchurch, Supervisor of the Inyo National Forest; Edward Cole, Supervisor of the Sierra National Forest; and Randy Moore, Regional Forester for Region 5.

3. On June 5, 2001, the district court issued a decision on the parties' cross-motions for summary judgment. The district court entered an injunction in 2002. Plaintiffs and the Federal Defendants thereafter took cross-appeals to the Ninth Circuit. On December 1, 2004, the court of appeals issued an opinion affirming in part and reversing in part the district court's decision. *High Sierra Hikers Ass'n v. Blackwell ("Blackwell")*, 390 F.3d 630 (9th Cir. 2004).

4. On March 16, 2005, the Ninth Circuit ruled on the Plaintiffs' request for attorneys' fees, costs, and other expenses for the appeal in *Blackwell*, awarding costs and a portion of the requested fees. On July 3, 2007, the district court entered an order approving the parties' stipulation to an award to Plaintiffs of attorneys' fees, costs, and other expenses, for the proceedings incurred through the date of the Ninth Circuit's mandate in *Blackwell*.

5. After the Ninth Circuit's remand in *Blackwell*, the Plaintiffs amended their complaint to challenge the Federal Defendants' actions on remand. On October 30, 2007, the district court issued a decision on the merits, granting in part and denying in part Plaintiffs' motion for summary judgment, and granting in part and denying in part the Federal Defendants' cross-motion for summary judgment. Subsequently, on May 8, 2008, the district court entered

an order granting in part and denying in part Plaintiffs' motion for a permanent injunction.

6. The Plaintiffs have filed a motion for attorneys' fees, costs, and other expenses for the district court proceedings following the issuance of the Ninth Circuit's mandate in *Blackwell*, pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A). The Federal Defendants have opposed Plaintiffs' motion.

7. The Plaintiffs and Federal Defendants, in the interests of avoiding further litigation and to reach a mutually acceptable resolution of Plaintiffs' claims for attorneys' fees, costs, and other expenses under EAJA, have negotiated a settlement of those claims.

## STIPULATION

The Plaintiffs and Federal Defendants hereby agree as follows:

1. The provisions of this Stipulation and [Proposed] Order shall apply to Plaintiffs, their agents, successors and assigns, and anyone acting on their behalf, and to the Federal Defendants.

2. The Federal Defendants will pay to Plaintiffs $245,000.00 in full settlement and satisfaction of all of the Plaintiffs' claims for attorneys' fees, costs, and other expenses, in the above-captioned case incurred since the Ninth Circuit's mandate in *Blackwell*. Payment shall be accomplished by the Forest Service using an electronic funds transfer into an account identified by Plaintiffs' counsel. Within 5 business days of the date this Settlement Agreement is filed, Plaintiffs shall submit (if not already submitted) the account information and other information necessary for the Forest Service to process payment. The Forest Service shall submit the paperwork for the payment within twenty (20) business days after this Settlement Agreement is approved by the Court or Plaintiffs submit the required payment information, whichever is later.

3. Plaintiffs will accept the sum of $245,000.00 in full settlement and satisfaction of all of their claims for attorneys' fees, costs, and other expenses incurred since the Ninth Circuit's mandate in *Blackwell* and release the Federal Defendants from any liability for attorneys' fees, costs, and other expenses incurred or claimed, or that could have been claimed, for work

PARTIES' STIPULATION AND [~~PROPOSED~~] ORDER RE: ATTORNEYS' FEES, C-00-1239-EDL          2

1  performed after that date.  Plaintiffs or their counsel shall submit confirmation of receipt of

2  payment in the above amount to counsel for the Federal Defendants, within 14 days of receipt of

3  payment.

4      4.      Plaintiffs agree that, in any future proceedings in this case, they will not seek to

5  recover any attorneys' fees, costs, or other expenses claimed, or that could have been claimed,

6  for work performed since the date of the Ninth Circuit's mandate in *Blackwell*, through the entry

7  of an order approving this Stipulation and [Proposed] Order.

8      5.      Plaintiffs represent that the proper entity to receive payment pursuant to this

9  Stipulation and [Proposed] Order is "Wilderness Watch," P.O. Box 9175, Missoula, Montana

10  59807.  Plaintiffs represent that the tax I.D. of Wilderness Watch is 81-0457646.  Plaintiffs are

11  solely responsible for any apportionment of the amount paid under this Stipulation and

12  [Proposed] Order as among themselves.  All Plaintiffs and Plaintiffs' counsel release and hold

13  the Federal Defendants harmless from any liability for attorneys' fees, costs, expenses, or other

14  claims that might be made by entities other than Wilderness Watch as to the attorneys' fees,

15  costs, and other expenses settled herein arising from payment as provided above.

16      6.      Nothing in this Stipulation and [Proposed] Order shall constitute or be construed

17  to constitute a waiver of sovereign immunity by the United States.  Nothing in this Stipulation

18  and [Proposed] Order shall require, or be deemed to require, that the United States pay or obli-

19  gate any funds, or take any other action, in contravention of the Anti-Deficiency Act, 31 U.S.C.

20  § 1341, or any other federal appropriations law.

21      7.      Nothing in this Stipulation and [Proposed] Order shall constitute, or be construed

22  to constitute, an admission of liability on the part of the Federal Defendants as to Plaintiffs'

23  claims for attorneys' fees, costs, and other expenses in the above-captioned litigation or an

24  admission that the Federal Defendants' position was not substantially justified.  Nothing in this

25  Stipulation and [Proposed] Order shall constitute, or be construed to constitute, an admission of

26  liability or waiver of any defense on the part of the Federal Defendants as to Plaintiffs' claims in

27  PARTIES' STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE: ATTORNEYS' FEES, C-00-1239-EDL      3

1   the underlying suit.  Nothing in this Stipulation and [Proposed] Order shall be cited in any other

2   proceeding for any purpose other than in a proceeding to enforce the terms hereof.

3        8.     The undersigned representatives of each party certify that they are fully

4   authorized, or have received authorization by the party or parties whom they represent, to enter

5   into the terms and conditions of this Stipulation and [Proposed] Order, which shall be legally

6   binding on them.

7        9.     This Stipulation and [Proposed] Order contains all of the agreements between

8   Plaintiffs and Federal Defendants and is intended to be and is the final and sole agreement

9   between these parties.  The Plaintiffs and Federal Defendants agree that any other prior or

10   contemporaneous representations or understandings not explicitly contained in this Stipulation

11   and [Proposed] Order, whether written or oral, are of no further legal or equitable force or effect.

12   Any subsequent modifications to this Stipulation and [Proposed] Order must be in writing and

13   must be signed and executed by the parties and approved by the Court.

14   SO AGREED:

15   FOR THE PLAINTIFFS:        /s/ Peter M.K. Frost
                                                          PETER M.K. FROST
16                                             Western Environmental Law Center
                                             1216 Lincoln Street
17                                             Eugene, Oregon 97401
                                             Telephone: (541) 485-2471
18                                             Facsimile: (541) 485-2437
                                             e-mail: frost@westernlaw.org
19

20   FOR THE FEDERAL DEFENDANTS:    RONALD J. TENPAS
                                             Assistant Attorney General
21

                                             /s/ David B. Glazer
22                                             DAVID B. GLAZER
                                             Natural Resources Section
23                                             Environment and Natural Resources Div.
                                             United States Department of Justice
24                                             301 Howard Street, Suite 1050
                                             San Francisco, California 94105
25                                             Telephone: (415) 744-6491
                                             Facsimile: (415) 744-6476
26                                             e-mail: david.glazer@usdoj.gov

27   PARTIES' STIPULATION AND [~~PROPOSED~~] ORDER RE: ATTORNEYS' FEES, C-00-1239-EDL    4

## ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrences in this filing for the signatures indicated by a "conformed" signature ("/s/") within this e-filed document.

Dated:  December 5, 2008         /s/DAVID B. GLAZER
                                 DAVID B. GLAZER
                                 Natural Resources Section
                                 Environment and Natural Resources Division
                                 United States Department of Justice
                                 301 Howard Street, Suite 1050
                                 San Francisco, California  94105
                                 Telephone:    (415) 744-6491
                                 Facsimile:    (415) 744-6476
                                 E-mail: david.glazer@usdoj.gov

|   |   |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |

Pursuant to the Stipulation of the Parties set forth above, IT IS SO ORDERED.

Dated: __12/8/08_____

_____
Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

PARTIES' STIPULATION AND [PROPOSED] ORDER RE: ATTORNEYS' FEES, C-00-1239-EDL       6